UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KARA MASONER, | 3:11-CV-00233-LRH-VPC |
| Plaintiff, | |
| | <u>MINUTE ORDER</u> |
| vs. | |
| | August 16, 2011 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is defendant Federal Home Loan Mortgage Corporation's proposed order expunging lis pendens (#43)[1].  No reference is made in the proposed order to the document number of the recorded lis pendens and, therefore, defendant's proposed order will be denied.

     IT IS ORDERED that defendant Federal Home Loan Mortgage Corporation's proposed order expunging lis pendens (#43) is DENIED.  Defendant is granted ten (10) days from the date of this order to file a corrected document.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk

---

[1] Refers to the court's docket number.