# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARA MASONER,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MANN MORTGAGE; FEDERAL HOME LOAN MORTGAGE CORPORATION; NATONAL DEFAULT SERVICING CORPORATION; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:11-CV-00233-LRH-VPC<br><br>**ORDER EXPUNGING LIS PENDENS** |

The Motion to Dismiss Complaint against Defendant Federal Home Loan Mortgage Corporation ("Defendant") and to Expunge Notice of Pendency of Action ("Motion") came on for hearing before the Honorable Larry R. Hicks, United States District Court Judge.

The Court, having reviewed the Motion, and having found good cause to grant same, hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Notice of Pendency of Action encumbering the real property located at 1650 Dutch Ravine Court, NV

1  89521, which was recorded on March 2, 2011 as Document No. 3979212 in the official records
2  of Washoe County, NV is hereby EXPUNGED and shall have no force or effect whatsoever.

4  DATED this 19th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE